NO. 07-01-0095-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JANUARY 5, 2004

_____

EX PARTE TITUS TERRANCE HICKS

_____

FROM THE 223RD DISTRICT COURT OF GRAY COUNTY, TEXAS
NO. 32,123; HONORABLE LEE WATERS, JUDGE
_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

On March 14, 2001, the clerk of this court received a copy of a Notice of Appeal by which appellant Titus Terrance Hicks, acting *pro se*, appealed from an order in cause number 32,123 in the 223rd District Court of Gray County. The filing fee was not paid. By letter dated June 14, 2001, the appellate clerk advised appellant that a filing fee had not been received. See TEX. R. APP. P. 5. The clerk's letter likewise advised that failure to pay the filing fee would subject the appeal to dismissal. See TEX. R. APP. P. 42.3.

The filing fee has not been paid. A brief has not been filed nor any other action taken by appellant to prosecute the appeal.

The appeal is dismissed.  <u>See</u> Tᴇx. R. Aᴘᴘ. P. 42.3.



Phil Johnson
Chief Justice